SECRET

Unsealed 10/11/07 /s/

FILED
07 AUG 28 PM 4:04

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:            DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '07 CR 2372 IEG |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 1001 - False Statement of Material Facts; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| ESAU FAAITIITI (1), ARTHUR CLARK (2), | |
| Defendants. | |

The grand jury charges:

On or about March 20, 2004, within the Southern District of California, defendants ESAU FAAITIITI and ARTHUR CLARK, in a matter within the jurisdiction of the United States Department of Labor, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that they did represent and state on a United States Department of Labor Form LM-3, Labor Organization Annual Report, that, as officers, they had not received disbursements from the Department of Defense Police Officers

//

//

ALT:nlv:San Diego
8/28/07

1 | Association Local 577, whereas in truth and fact defendant
2 | ESAU FAAITIITI had received approximately $5,000, and defendant
3 | ARTHUR CLARK had received approximately $9,900, as defendants then and
4 | here well knew that those statements and representations were false,
5 | fictitious and fraudulent when made; in violation of Title 18,
6 | United States Code, Section 1001, and Title 18, United States Code,
7 | Section 2.

DATED: August 28, 2007.

A TRUE BILL:

*/s/ signature*
Foreperson

KAREN P. HEWITT
United States Attorney

By: */s/ Annalou Tirol*
ANNALOU TIROL
Assistant U.S. Attorney